**7113 3701 5371 6790 7248**        **00000001-01**

ACCEPTED
01-15-00060-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/8/2015 1:09:14 PM
CHRISTOPHER PRINI
CLERK

Pg 5

Daryl Barnes                          )
Demeatrice Goff                       )          IN THE 129
                                      )     DISTRICT COURT OF THE
**Plaintiffs,**                       )     STATE OF TEXAS
**v.**                                )     COUNTY OF HARRIS
National Housing Development          )
Corporation, Colony , LLC             )
**Defendants**                        )
                                      )
                                      )
                                      )
                                      )
                                      )

2012-34954

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/8/2015 1:09:14 PM
CHRISTOPHER A. PRINE
Clerk

FILED
CHRIS DANIEL
DISTRICT CLERK
HARRIS COUNTY, TEXAS
2012 JUN 15 PM 4: 15

BY_____
MAIL PROCESSING DEPUTY-B

### AFFIDAVIT OF INDIGENCY

The undersigned makes this affidavit in connection with the filing of the above numbered and entitled Cause without the posting of a security deposit and for the purpose of having citation issued in accordance with Texas Rule of Civil Procedure 145. I understand that the information called for is furnished under penalties of perjury. I have checked the items applicable to me.

1.     Basis for indigency: I am unable to pay a court cost deposit because:

( X) I am presently receiving government entitlement based on indigency, as follows: (Describe nature and amount of government entitlement.)

_____

_____

( X) I have no ability to pay court costs based on facts set out below.

_____

_____

2.     Employment information:

( X) I am not now employed; the last time I was employed was May 2009

(   ) I am employed; I work for:

Name of Company_____

Address_____ Telephone _____

The nature of my job is_____

The income I receive from this job is $_____ per _____

3.     Income from sources other than employment:

( ) I have no income from sources other than employment, such as interest, dividends, annuities, etc.

( X ) I have income from sources other than employment as follows:

| Type of Income | Amount Per Period |
|---|---|
| SSI | $698 |

4. Spouse's Income:

( ) I have no legal spouse

( X) My spouse Daryl Barnes has no income

( ) My spouse has income as follows

| Type of Income | Amount Per Period |
|---|---|
| | |
| | |

5. Property:

( X) I own no property and no interest in any property

( ) I own the following interest in property

Real Estate_____          Market Value_____

Motor Vehicles_____          Market Value_____

Stocks and/or Bonds_____          Value_____

Other_____          Value_____

Cash Amount_____

6. Bank Accounts:

| Bank | Type of Account | Amount |
|---|---|---|
| Chase Bank | Checking | 20.00 |

7. Dependents:

( ) I have no dependents

( X) I have the following dependents

Unofficial Copy Office of Chris Daniel District Clerk

| Name and Age | Relationship |
|---|---|
| Jeremy Goff  19yrs | Son |
| Micah Goff 11yrs | Daughter |
| Ashley Barnes 23yrs | Daughter |

8.    (    ) I have no debts

(    ) I have the following debts

| Creditor | Amount |
|---|---|
| Cash Biz | $100 |
|  |  |

Unofficial Copy Office of Chris Daniel District Clerk

9.    I have the following monthly expenses:

|  | Type of Expenses | Amount Per Month |
|---|---|---|
|  | Rent and Utilities | $400 |

Signed this the ___7th___ day of ___June___, ___2012___

I am unable to pay the court costs. I verify that the statements made in this affidavit are true and correct.

_____    Affiant Signature

_Demeatrice Goff_    Printed Name
Demeatrice Goff                 514 International Village
      Humble, TX 77338

Sworn and subscribed before me this the ___7th___ day of ___June___, ___2012___

_____
Notary Public in and for the
State of Texas

My Commission Expires: ___5-17-14___

Unofficial Copy Office of Chris Daniel District Clerk

CANDIS MARIE GOLDEN
My Commission Expires
May 17, 2014

CASE NO: _____

Daryl Barnes                                    )
Demeatrice Goff                                 )
                                                )        **DISTRICT COURT OF THE**
,Plaintiffs,                                    )        **STATE OF TEXAS**
                                                )        **COUNTY OF HARRIS**
v.                                              )
                                                )
National Housing Development                    )
Corporation, Colony , LLC                       )
*Defendants*                                    )
                                                )

Unofficial Copy Office of Chris Daniel District Clerk

On _June 7th, 2012_, before me, _Candis Golden_ ,

personally appeared, _Demeatrice Goff_ ,
                              (signer)
personally known to me -- OR -- proved to me on the basis of satisfactory
evidence to be the person(s) whose name(s) is/are subscribed to the within
instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the
instrument the person(s) or the entity upon behalf of which the person(s) acted,
executed the instrument. who after being duly sworn, stated under oath that
he/she/they are the Plaintiff(s) in this action, that he/she/they have read the above
petition, and that every statement contained in the petition is true and correct and
within their personal knowledge as indicated in the Plaintiff's Original Petition and
Application for Ex Parte Temporary Restraining Order with , Temporary
Injunction, and Permanent Injunction.

**WITNESS my hand and official seal**

_____
(notary signature)

CANDIS MARIE GOLDEN
My Commission Expires
May 17, 2014